UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAIL WILSON,<br><br>Defendants. | NO. CR21-071 JLR<br><br>**INFORMATION** |

The United States Attorney charges that:

### COUNT 1
### (Conducting an Unlicensed Money Transmitting Business)

Beginning at a time unknown, but not later than September 2013, and continuing until on or about June 14, 2017, at King County, within the Western District of Washington, and elsewhere, MICHAIL WILSON knowingly conducted, controlled, managed, supervised, directed, and owned all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, without an appropriate money transmitting license in a State, to wit, the State of Washington, where such operation is punishable as a misdemeanor and a felony under State law.

All in violation of Title 18, United States Code, Section 1960.

## **ASSET FORFEITURE ALLEGATIONS**

Upon conviction of the offense alleged in Count 1 of the Information, the defendant, MICHAIL WILSON, shall forfeit to the United States, all property, real or personal, involved in such offenses, and any property traceable to such property.

If any of the above described forfeitable property, as a result of any act or omission of the Defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the above described forfeitable property.

DATED this 19th day of April, 2021.

*Sarah G. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

_____ for
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

INFORMATION/WILSON - 3