Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAIL WILSON,<br><br>    Defendant. | NO. CR21-071-JLR<br><br>NOTICE OF APPEARANCE |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Todd Maybrown and Allen, Hansen, Maybrown & Offenbecher, P.S., hereby appear in the above-entitled cause on behalf of Defendant Michail Wilson, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

RESPECTFULLY SUBMITTED this 19th day of April, 2021.

/s/ Todd Maybrown
Todd Maybrown, WSBA #18557
Attorney for Michail Wilson
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
todd@ahmlawyers.com

*NOTICE OF APPEARANCE* – 1

...

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington this 19th day of April, 2021.

/s/ Alexandra Rosenthal
Alexandra Rosenthal, Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
alex@ahmlawyers.com