Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

MICHAIL WILSON,

   Defendant.

NO. 2:21-cr-00071-JLR

NOTICE OF APPEARANCE

  YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Brian E. Klein of Waymaker LLP hereby appears in the above-entitled cause on behalf of Defendant Michail Wilson, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

  RESPECTFULLY SUBMITTED this 21st day of April, 2021.

        /s/ Brian E. Klein
        Brian E. Klein, WSBA # 30732
        Attorney for Michail Wilson
        Waymaker LLP Offenbecher,
        777 S. Figueroa Street, Suite 2850
        Los Angeles, CA 90017
        424-652-7800 – Phone
        424-652-7850 – Fax
        bklein@waymakerlaw.com

NOTICE OF APPEARANCE – 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Los Angeles, California this 21st day of April, 2021.

_____
Rebecca Isomoto, Paralegal
Waymaker LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
424-652-7800 – Phone
424-652-7850 – Fax
bisomoto@waymakerlaw.com

NOTICE OF APPEARANCE – 2