The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>MICHAIL WILSON,<br><br>                     Defendant. | No. CR21-071JLR<br><br>**ORDER GRANTING AGREED MOTION TO PROCEED WITH PLEA HEARING BY VIDEO CONFERENCE** |

Having considered the record and the parties' agreed motion, along with the General Orders currently in effect, the Court FINDS that the delays in the ultimate resolution of this case would cause "serious harm to the interests of justice," CARES Act, § 15002(b)(2)(A).

Therefore, the Court GRANTS the parties' motion to proceed with the plea hearing on Monday, April 26, 2021 at 1:00 p.m. by way of remote hearing.

DATED this 21st day of April, 2021.

                                                                                    */s/ James L. Robart*
                                                                                     JAMES L. ROBART
                                                                                     United States District Court Judge

Presented by:
*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney