The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAIL WILSON,<br><br>Defendant. | No. CR21-071-JLR<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

A. Approximately 407.74807353 bitcoins, seized on or about June 14, 2017, from Mycelium virtual currency wallets located in or accessible via a Samsung phone and/or Apple iPhone belonging to Defendant Michail Wilson, and any derivative units of virtual currency, including but not limited to approximately 407.74708937 units of Bitcoin Cash and any units of Bitcoin Gold;

B. Approximately 379.65095816 bitcoins that were held in Bitcoin Core virtual currency wallets located in or accessible via Defendant Michail Wilson's laptop computer in June 2017 and seized from him on or about June 28, 2017, and any derivative units of virtual currency, including but not limited to units of Bitcoin Cash and Bitcoin Gold; and

Final Order of Forfeiture - 1
*United States v. Michail Wilson*, CR21-071-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

C. Approximately $40,000 in U.S. currency, seized from Defendant Michail Wilson on or about June 14, 2017.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Wilson entered on April 26, 2021, he agreed to forfeit his interest, pursuant to 18 U.S.C. § 982(a)(1), in all property involved in his commission of *Conducting an Unlicensed Money Transmitting Business*, in violation of 18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B) and 2, to which he entered a guilty plea (Dkt. No. 11, ¶ 12);
- On May 21, 2021 and July 19, 2021, the Court entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in it (Dkt. Nos. 17, 28);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. Nos. 18, 29), and also provided direct notice to four potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-D); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

Final Order of Forfeiture - 2
*United States v. Michail Wilson*, CR21-071-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 3rd day of December, 2021.

```
                                        THE HON. JAMES L. ROBART
                                        UNITED STATES DISTRICT JUDGE
```

Presented by:

/s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
United States v. Michail Wilson, CR21-071-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970