The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-071-JLR |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL** |
| MICHAIL WILSON, | |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant United States Attorney Krista K. Bush hereby withdraws as attorney of record for the United States.

DATED this 10th day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 /s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Notice of Withdrawal - 1
*United States v. Wilson,* CR21-071-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

 /s/ Carrie Olszewski
CARRIE OLSZEWSKI
FSA Paralegal II, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Carrie.Olszewski@usdoj.gov

Notice of Withdrawal - 2
*United States v. Wilson,* CR21-071-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970